UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-1925**

Perrong v. Bradford
(E.D. Pa. No. 2-23-cv-00510)

**ORDER**

Appellant seeks review of the District Court order and opinion entered May 13, 2024, denying his request for qualified immunity. The order on appeal may not be final within the meaning of 28 U.S.C. § 1291 and may not otherwise be appealable at this time. Compare Mitchell v. Forsyth, 472 U.S. 511, 530 (1985) with Johnson v. Jones, 515 U.S. 304, 319-20 (1995), and Monteiro v. City of Elizabeth, 436 F.3d 397, 405 (3d Cir. 2006); see also Barton v. Curtis, 497 F.3d 331, 335-36 (3d Cir. 2007); Doe v. Groody, 361 F.3d 232, 237-38 (3d Cir. 2004). All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 17, 2024
DWB/arr/cc:
Tara L. Hazelwood
Anne R. Myers
Karl S. Myers
Andrew R. Perrong
Matthew S. Salkowski