OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

June 3, 2024

TELEPHONE
215-597-2995

Anne R. Myers, Esq.
Comegno Law Group
521 Pleasant Valley Avenue
Moorestown, NJ 08057

RE: Andrew Perrong v. Matthew Bradford, et al
Case Number: 24-1925
District Court Case Number: 2-23-cv-00510

Dear Counsel:

Pursuant to our docketing letter dated **May 17, 2024**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Disclosure Statement**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal. You will receive no further notice of any action in the appeal, including issuance of a briefing schedule.**

Very Truly Yours,
s/ Patricia S. Dodszuweit
Clerk
By: s/ Desiree
Case Manager
267-299-4252

    cc:    Karl S. Myers, Esq.
               Andrew R. Perrong, Esq.