UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-1925**

Perrong v. Bradford
(E.D. Pa. No. 2-23-cv-00510)

**ORDER**

      This appeal will not be submitted to a motions panel for possible dismissal due to a jurisdictional defect at this time. The issue of jurisdiction is referred to the merits panel for consideration after briefing. This order does *not* represent a finding of jurisdiction in this matter. As in all cases, the panel of this Court that reviews the appeal on its merits will make a final determination of jurisdiction. A briefing schedule will be issued at the appropriate time. The parties should address jurisdiction in their briefs. See Fed. R. App. P. 28(a)(4) & 28(b).

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: June 6, 2024
cc:    Andrew R. Perrong, Esq.
        Karl S. Myers, Esq.