No. 24-1925

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

ANDREW R. PERRONG

*Appellee*

v.

MATTHEW BRADFORD, et al.

*Appellant*

On Appeal from the United States District Court
for the Eastern District of Pennsylvania, Case No. 23-510

**Motion for Leave to File Amicus Curiae Brief of Governor Josh Shapiro in Support of Appellant Matthew Bradford**

JENNIFER C. SELBER
*GENERAL COUNSEL*

Kenneth L. Joel
*Deputy General Counsel*
Governor's Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA 17101
(717) 649-8669
kennjoel@pa.gov

Thomas P. Howell
*Deputy General Counsel*
Governor's Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA 17101
(717) 772.4252
THOWELL@pa.gov

*Counsel for Governor Josh Shapiro*

# MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Pursuant to Fed.R.A.P. 29, Governor Josh Shapiro, by his undersigned attorneys, files this Motion for Leave to File an Amicus Curiae Brief. In support of this Motion, Governor Shapiro states as follows:

1. Governor Shapiro is the Governor of the Commonwealth of Pennsylvania and, pursuant to the Pennsylvania Constitution, is the "supreme executive" of the Commonwealth and is obligated to "take care that the laws be faithfully executed." Pa. Const., Article IV, § 2.

2. Governor Shapiro fulfills these duties by overseeing and directing the operation of the Executive Branch of the Commonwealth including the 30-plus Executive Agencies under his direct jurisdiction.

3. Governor Shapiro's role requires him (and his team) to communicate (through various media) with Pennsylvanians on any number of issues and topics. Further, in his role, Governor Shapiro (along with Executive Agencies, Executive Agency heads, other state officials, and Commonwealth employees) are often sued for monetary, declaratory, and injunctive relief. As defendants in litigation, Governor Shapiro (and others serving the Executive Branch) have a keen interest in the proper application of Rule 56 and the doctrines of immunity—sovereign, qualified, and high official.

4. The issues before this court—the evisceration of the burdens on parties seeking and defending against summary judgment, the application of the Telephone Consumer Protection Act (TCPA) to state government officials communicating official information through official processes to constituents, the abrogation of immunity for such actions, and the rejection of qualified immunity for such conduct—will have a direct and substantial impact on Governor Shapiro and the Executive Branch.

5. Governor Shapiro recognizes that the views of the Pennsylvania General Assembly—through Representative Bradford's briefing and the *amicus* brief jointly submitted by the House Republican Caucus, the Senate Republican Caucus, and the Senate Democratic Caucus—were heard below and will be provided to this court. Governor Shapiro believes that this court will further benefit from his perspective as the head of the Executive Branch.

6. Attached to this Motion is Governor Shapiro's proposed Amicus Brief. Governor Shapiro's proposed Amicus Brief contains 4,019 words (calculated by using the word count feature of the word processing system used to prepare the brief) and, thus, complies with the requirements of Fed.R.A.P. 29(a)(5) and Fed.R.A.P. 32(a)(7)(B)(i).

7. Counsel for Governor Shapiro has reached out to counsel for Representative Bradford (Appellant) and counsel for Andrew Perrong (Appellee) and counsel for amicus below (and anticipated amicus in this Court) and counsel for Cleo Communications (another defendant below) to obtain consent to the filing of this Amicus Brief. Counsel for the Representative Bradford consents to the filing of the Amicus Brief as does counsel for Cleo and counsel for the amicus. Counsel for the Appellee takes "no position on the requested relief."

WHEREFORE, Governor Shapiro respectfully requests that this Court grant this Motion for Leave to File an Amicus Curiae Brief and direct the clerk to docket the Amicus Curiae Brief (attached as Exhibit A hereto).

|  |  |
|---|---|
| August 2, 2024 | Respectfully Submitted,<br>JENNIFER C. SELBER<br>*GENERAL COUNSEL*<br><br>*/s/ Kenneth L. Joel*<br>Kenneth L. Joel<br>*Deputy General Counsel*<br>Governor's Office of General Counsel<br>333 Market Street, 17th Floor<br>Harrisburg, PA 17101<br>(717) 649-8669<br>kennjoel@pa.gov<br><br>*/s/ Thomas P. Howell*<br>Thomas P. Howell<br>*Deputy General Counsel*<br>Governor's Office of General Counsel<br>333 Market Street, 17th Floor<br>Harrisburg, PA 17101<br>(717) 772.4252<br>THOWELL@pa.gov<br><br>*Counsel for Governor Josh Shapiro* |

## CERTIFICATE OF SERVICE

I, Kenneth L. Joel, hereby certify that a copy of this response has been served on all counsel of record using the Court's CM/ECF system.

| | |
|---|---|
| August 2, 2024 | /s/ *Kenneth L. Joel* |
| | Kenneth L. Joel |
| | *Counsel for Governor Josh Shapiro* |