# In the United States Court of Appeals for the Third Circuit

---

No. 24-1925

ANDREW R. PERRONG

*v.*

MATTHEW BRADFORD;
CLEO COMMUNICATIONS

---

On appeal from the United States District Court, Eastern District of Pennsylvania, at No. 23-510 (Hon. Joshua D. Wolson)

---

**MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF REPUBLICAN AND DEMOCRATIC CAUCUSES OF THE PENNSYLVANIA SENATE AND THE REPUBLICAN CAUCUS OF THE PENNSYLVANIA HOUSE OF REPRESENTATIVES IN SUPPORT OF APPELLANT, MATTHEW BRADFORD**

---

Rodney A. Corey, Esq. (Pa. 69742)
James G. Mann, Esq. (Pa. 85810)
Office of Chief Counsel
House Republican Caucus
Suite B6, Main Capitol
Harrisburg, Pa. 17120
(717)783-1510

Ronald N. Jumper, Esq. (Pa. 64346)
Shannon A. Sollenberger, Esq. (Pa. 308878)
Office of Chief Counsel
Senate Democratic Caucus
Room 535, Main Capitol Bldg.
Harrisburg, Pa. 17120
(717) 787-3736

Crystal H. Clark, Esq. (Pa. 91069)
General Counsel
Senate Republican Caucus
Room 350, Main Capitol Bldg.
Harrisburg, Pa. 17120
(717) 787-6259

*Counsel for Amici Curiae*

The Republican and Democratic Caucuses of the Senate of Pennsylvania and the Republican Caucus of the Pennsylvania House of Representatives ("Proposed *Amici Curiae*"), respectfully move the Court for leave to file the attached Brief of Amici Curiae, attached as Exhibit A hereto, for consideration.

Proposed *Amici Curiae's* interest in this case stems from the fact that the members of Republican and Democratic Caucuses of the Senate of Pennsylvania and the Republican Caucus of the Pennsylvania House of Representatives are similarly situated to Appellant, Representative Matthew Bradford.

Appellant is a Member, and current Leader, of the Democratic Caucus of the Pennsylvania House of Representatives (House Democratic Caucus).

The House Democratic Caucus is comprised of the elected Democratic State Representatives. Proposed *Amici Curiae*, the remaining three Caucuses of the Pennsylvania House and Senate, are comprised of the remainder of the elected Members of the Pennsylvania General Assembly (House and Senate). These four political party Caucuses have existed since 1857. <u>Precision Mktg., Inc. v. Com., Republican Caucus of the Senate of PA/AKA Senate of PA Republican Caucus</u>, 78 A.3d 667, 672 (Pa. Commw. Ct. 2013). As the House Democratic Caucus is but one of four caucuses that comprise the General Assembly, the contribution of the Proposed *Amici Curiae* to this Court's consideration of this case will ensure a complete presentation of the issues involved.

Proposed *Amici Curiae* further maintains that the information contained in their brief is useful in the Court's determination as to whether the communication

by Appellant and the Democratic Caucus of the Pennsylvania House of Representatives runs afoul of federal law.

The claims asserted by Appellee go directly to the constitutional authority of all 203 members of the Pennsylvania House of Representatives and 50 members of the Senate of Pennsylvania to engage in activities which have a legitimate legislative purpose.

Proposed *Amici Curiae* have a substantial interest in how the Court resolves these claims because the interests of the Pennsylvania General Assembly, as an institution, extends beyond the interests, obligations, and legislative authority of only one of its members. Therefore, permitting the Proposed *Amici Curiae* to appear as *amici curiae* is appropriate.

Notwithstanding their interest in this case as required under Fed. R. App. P. 29(a)(3)(A), the Proposed *Amici Curiae* are not partial to a particular outcome in this case in any way beyond defending the institutional prerogative of its members to engage in activities which have a legitimate legislative purpose, including mass-communications with constituents regarding important government programs and benefits. Still, this Court may grant *amicus curiae* status to a party that makes a strong but reasonable presentation in support of a party. Neonatology Assocs., P.A. v. C.I.R., 293 F.3d 128, 131 (3d. Cir. 2002).

Thus, notwithstanding their interest in the outcome of this matter and support of the Appellant, the Proposed *Amici Curiae* should be granted amicus status because they are not partial to the outcome of this litigation.

Proposed *Amici Curiae* were previously granted leave to file amicus brief before the District Court, and now seeks leave to participate as *Amici Curiae* on appeal. (Doc. 47).[1]

Rule 29 of the Federal Rules of Appellate Procedure provides that any proposed *amicus curiae* may file a brief by leave of court or if all parties have consented to its filing. Fed. R. App. P. 29(a)(2). Proposed *Amici Curiae* sought consent of all parties by correspondence dated July 29, 2024; counsel for Appellant and non-participating Defendant Cleo Communications gave consent by correspondence the same day, and Appellee "took no position on the requested relief." *Amici* file this Motion out of an abundance of caution given Appellee's ambivalence.

*Amicus Curiae* briefs must be filed no later than seven (7) days after the principal brief of the party being supported is filed. Appellant's Brief is to be filed with this Court by July 30, 2024. App. Doc. 16. Therefore, filing of this Motion

---

[1] References to the Joint Appendix are formatted "(A_.)." Direct citations to the district court record are formatted "(Doc. _.)." Citations to this Court's docket are formatted "(App. Doc. _.")

for Leave to Appear as *Amici Curiae* and accompanying brief by the Proposed *Amici Curiae* in support of Appellant should be considered timely.

For the foregoing reasons, Proposed *Amici Curiae* respectfully request that this Court grant their Motion for Leave to Appear as *Amici Curiae* and accept this brief in support of Appellant.

Respectfully submitted,

<u>/s/Rodney A. Corey</u>
Rodney A. Corey, Esq. (Pa. 69742)
James G. Mann, Esq. (Pa. 85810)
Office of Chief Counsel
House Republican Caucus
Pennsylvania House of Representatives
Suite B6, Main Capitol
Harrisburg, Pa. 17120
(717) 783-1510

<u>/s/ Crystal H. Clark</u>
Crystal H. Clark, Esq. (Pa. 91069)
General Counsel
Senate Republican Caucus
Room 350, Main Capitol Bldg.
Harrisburg, Pa. 17120
(717) 787-6259

<u>/s/Ronald N. Jumper</u>
Ronald N. Jumper, Esq. (Pa. 64346)
Shannon A. Sollenberger, Esq. (Pa. 308878)
Office of Chief Counsel
Senate Democratic Caucus
Room 535, Main Capitol Bldg.
Harrisburg, Pa. 17120
(717) 787-3736

*Counsel for Amici Curiae*

Dated:  August 6, 2024

# **CERTIFICATE OF SERVICE**

I certify that on August 6, 2024, a true and correct copy of the foregoing Proposed Order, Motion for Leave to file *Amicus Curiae,* and *Amicus Curiae* Brief of the Republican and Democratic Caucuses of the Senate of Pennsylvania, and the Republican Caucus of the Pennsylvania House of Representatives, was filed and served upon counsel of record via the Court's electronic filing system.

/s/Crystal H. Clark
Crystal H. Clark, Esq. (Pa. 91069)
General Counsel
Senate Republican Caucus
350 Main Capitol
Harrisburg, Pa. 17120
(717) 787-6259

Dated:  August 6, 2024