UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-155

No. 24-1925

ANDREW R. PERRONG

v.

MATTHEW BRADFORD,
CLEO COMMUNICATIONS

Matthew Bradford,
Appellant

(E.D. Pa. No. 2-23-cv-00510)

Present: MONTGOMERY-REEVES, Circuit Judge

1. Motion filed by Governor of Pennsylvania for Leave to File as Amicus Curiae in Support of Appellant.

Respectfully,
Clerk/mcw

_____ORDER_____

The foregoing motion by Governor of Pennsylvania for leave to file as amicus curiae in support of appellant is GRANTED.

By the Court,

s/ Tamika R. Montgomery-Reeves
Circuit Judge

Dated: August 27, 2024
MS/cc: All counsel/parties of record