UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-159

No. 24-1925

ANDREW R. PERRONG

v.

MATTHEW BRADFORD;
CLEO COMMUNICATIONS

Matthew Bradford,

Appellant

(E.D. Pa. No. 2-23-cv-00510)

Present: MONTGOMERY-REEVES, Circuit Judge

1) Motion filed by Republican and Democratic Caucuses of the PA Senate, and Republican Caucus of the PA House of Representatives to proceed as amicus on the merits in support of Appellant.

Respectfully,
Clerk/EAF

_____ORDER_____

The foregoing motion by Republican and Democratic Caucuses of the PA Senate and Republican Caucus of the PA House of Representatives to proceed as amicus curiae in support of appellant is GRANTED.

By the Court,

s/ Tamika R. Montgomery-Reeves
Circuit Judge

Dated: August 30, 2024
EAF/cc:   All Counsel of Record