**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 24-1925

Andrew Perrong vs. Matthew Bradford, et al

Calendar Date 2/3/25   Location Philadelphia

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Karl S. Myers

Designation of Arguing Counsel: Karl S. Myers

Member of the Bar:  ✔ Yes   ☐ No

Representing (check only one):

☐ Petitioner(s)   ✔ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☐ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:
Matthew Bradford

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)