| | | |
|---|---|---|
| **PATRICIA S. DODSZUWEIT**<br><br>**CLERK** | OFFICE OF THE CLERK<br><br>UNITED STATES COURT OF APPEALS<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA  19106-1790<br>Website: www.ca3.uscourts.gov | TELEPHONE<br>215-597-2995 |



February 3, 2025

Crystal H. Clark, Esq.
Rodney A. Corey, Esq.
Kenneth L. Joel, Esq.
Karl S. Myers, Esq.
Andrew R. Perrong, Esq.
Shannon A. Sollenberger, Esq.

RE: Andrew Perrong v. Matthew Bradford, et al
Case Number: 24-1925
District Court Case Number: 2:23-cv-00510

Dear Counsel:

The above-entitled case has been removed from the **Court's calendar for Thursday, February 06, 2025**, and will be rescheduled **at the convenience to the Court.**

Very truly yours,

/s/ Patricia S. Dodszuweit

PATRICIA S. DODSZUWEIT
Clerk

By:

/s/ Khadija Younger

Khadija Younger
Calendar Clerk
267-299-4914