# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| ANDREW R. PERRONG, | 3d Cir. No. 24-1925 |
| *v.* | E.D. Pa. No. 2-23-cv-00510 |
| MATTHEW BRADFORD; CLEO COMMUNICATIONS | |
| MATTHEW BRADFORD, Appellant | |

## ORDER

**PER CURIAM**

AND NOW, this _____ day of April, 2025, upon consideration of the *Unopposed Expedited Motion for Continuance of Oral Argument*, it is **ORDERED** that the Motion is **GRANTED**.

The argument scheduled for Tuesday, April 15, 2025 is hereby **CONTINUED**. The Office of the Clerk is directed to reschedule argument in this matter for a future date.

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| ANDREW R. PERRONG, | 3d Cir. No. 24-1925 |
| *v.* | E.D. Pa. No. 2-23-cv-00510 |
| MATTHEW BRADFORD; CLEO COMMUNICATIONS | |
| MATTHEW BRADFORD, Appellant | |

## UNOPPOSED EXPEDITED MOTION
## FOR CONTINUANCE OF ORAL ARGUMENT

Appellant respectfully moves for a continuance of the oral argument presently scheduled for Tuesday, April 15, 2025, as follows:

1. The undersigned is arguing counsel for appellant in this case.

2. A member of undersigned counsel's immediate family was recently and unexpectedly hospitalized and even more recently has been transferred to the intensive care unit at a hospital in Montgomery County, where she is at present.

3. The health situation for undersigned counsel's family member is tenuous.

4.     Undersigned counsel has been spending increasing amounts of time at the hospital attending to his family member and consulting with doctors and other medical professionals.

5.     These circumstances have not abated and have only worsened in recent days.

6.     These circumstances have prevented the undersigned from attending to many professional matters, including appropriate preparation for oral argument in this case.

7.     As things stand now, there is a high probability this family health matter will prevent the undersigned from appearing before the Court to present oral argument on Tuesday.

8.     Undersigned counsel believes it is best to bring this matter to the Court and seek relief now, rather than wait until the last minute.

9.     The undersigned is appellant's counsel of choice to present the oral argument in this matter and no other attorney with the undersigned's firm or any other firm is in a position to present argument on Tuesday.

10.    Appellant thus respectfully requests a continuance of argument so the undersigned can attend to his family health matter.

SL1 2705308v1 104408.00004

11. The undersigned contacted appellee for his position on this request and appellee has kindly indicated that he does not object to this request.

For these reasons, appellant respectfully requests a continuance of oral argument in this matter.

                        Respectfully submitted,

                        /s/ Karl S. Myers
                        Karl S. Myers (Pa. No. 90307)
                        STEVENS & LEE
                        555 City Avenue, Suite 1170
                        Bala Cynwyd, PA 19004
                        (215) 751-2864
                        karl.myers@stevenslee.com

                        *Counsel for Representative*
                        *Matthew Bradford*

Dated: April 10, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a copy of the above document on all parties and counsel of record by the Court's electronic filing system.

/s/ Karl S. Myers
Karl S. Myers

Date: April 10, 2025