UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1925
_____

ANDREW R. PERRONG

v.

MATTHEW BRADFORD;
CLEO COMMUNICATIONS

Matthew Bradford,
   Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
D.C. Civil No. 2:23-cv-00510
District Judge: Honorable Joshua D. Wolson
_____

ARGUED: May 22, 2025

Before: RESTREPO, MONTGOMERY-REEVES, and SCIRICA, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on May 22, 2025. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered May 13, 2024, be, and the same is hereby REVERSED.  Costs taxed against Appellee.  All of the above in accordance with the opinion of this Court.

ATTEST:

Patricia S. Dodszuweit
Clerk

DATED:  October 6, 2025