# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

—————————

№. 24-1925

—————————

Andrew Perrong,
      *Plaintiff-Appellee,*

v.

Matthew Bradford
      *Defendant-Appellant.*

—————————

Appeal from Memorandum Opinion and Order
Denying Motion for Summary Judgment in No. 2:23-cv-00510 in the
United States District Court for the Eastern District of Pennsylvania.
Honorable Joshua D. Wolson

—————————

**APPELLEE'S MOTION TO EXTEND TIME FOR FILING
PETITION FOR REHEARING AND/OR REHEARING *EN BANC***

—————————

      s/ ANDREW PERRONG
      ANDREW PERRONG, ESQ.
      PERRONG LAW LLC
      2657 Mount Carmel Avenue
      Glenside, PA 19038
      a@perronglaw.com
      (215) 225-55529
      *Plaintiff-Appellee*

1

Plaintiff-Appellee Andrew Perrong respectfully files this Motion to Extend Time for Filing Petition for Rehearing and/or Rehearing *En Banc*, seeking a 14-day extension of time within which to file a petition for rehearing in this case. The judgment in this case was entered on October 6, 2025, and, unless the time is extended, a petition for rehearing would be due on or before October 20, 2025. The extension of time is necessary to allow the Plaintiff-Appellee adequate time to draft and file such an appropriate petition, in light of existing professional obligations and deadlines. Accordingly, the Plaintiff-Appellee respectfully requests an extension of time to and including November 3, 2025, within which to file a petition for rehearing. Counsel has sought the concurrence of Defendant-Appellant, who has indicated takes no position on the requested relief.

Respectfully submitted and Dated: October 9, 2025

                                              s/ ANDREW PERRONG
                                              ANDREW PERRONG, ESQ.
                                              PERRONG LAW LLC
                                              2657 Mount Carmel Avenue
                                              Glenside, PA 19038
                                              a@perronglaw.com
                                              (215) 225-5529
                                              *Plaintiff-Appellee*

## CERTIFICATE OF COMPLIANCE AND SERVICE

1. I Certify that I am a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

2. I certify that this Motion complies with the type volume limitations of FED. R. APP. P. 27(d)(2).

3. I also certify, pursuant to Third Circuit Local Appellate Rules, that the text of the motion filed on ECF is identical to the text of the paper copies, and further that a virus detection program has been run on the file and no virus was detected. The file was scanned with Windows Defender, version last updated 10/10/2025.

4. I certify that I filed the foregoing via the ECF system and emailed a copy of the foregoing via email to Karl.Myers@stevenslee.com and upon Karl S. Myers, Stevens & Lee, 555 City Avenue, Suite 1170, Bala Cynwyd, PA 19004.

Dated: October 9, 2025

    s/ ANDREW PERRONG
    ANDREW PERRONG, ESQ.
    PERRONG LAW LLC
    2657 Mount Carmel Avenue
    Glenside, PA 19038
    a@perronglaw.com
    (215) 225-5529
    *Plaintiff-Appellee*