## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## BILL OF COSTS

C.A. No. 24-1925

Caption: Andrew R. Perrong v. Matthew Bradford; Cleo Communications

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | | |
| Brief | 7 | 64 | .10 | 4.00 | .00 | 5.82 | 78.62 | |
| Reply Brief | 7 | 31 | .10 | 2.00 | .00 | .00 | 35.70 | |
| Appendix Vol. 1 | 4 | 33 | .10 | 4.00 | .00 | 2.34 | 31.54 | |
| Vol. 2 | 4 | 255 | .10 | 4.00 | .00 | 9.44 | 127.44 | |
| Vol. 3 | 4 | 262 | .10 | 4.00 | .00 | 9.66 | 130.46 | |
| TOTAL | | | | | | | $ 403.76 | $ |

Brief Produced by Reproduction: ☐        Brief Produced by Photocopy: ☒
                                                            In House: ☒ (Reply)
                                                            Commercial: ☒ (Brief and Appx.; receipt attached)

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Karl S. Myers, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

_____                                      10/16/25
Signature                                                                           Date
Attorney for: Appellant, Matthew Bradford

**A certificate of service must accompany this form.**

APPENDIX TO BILL OF COSTS

C.A. No. 24-1925

*Andrew R. Perrong v. Matthew Bradford; Cleo Communications*

The Opening Brief and Appendix were produced by photocopy by a commercial provider. The paid receipt for this is attached. The provider charged $4.50 for each binding, but this was capped at $4 under the Court's Local Rule. The provider charged the Philadelphia sales tax rate of 8%. The provider did not charge a separate, higher rate for covers, and so the cover is treated here as a regular page. No additional hard copies were created for service or the file.

The Reply was produced by photocopy in-house. The in-house per-page rate is 25 cents, but this was capped at 10 cents under the Court's Local Rule. The in-house binding rate is $2, which is reflected here. There was no sales tax. There was no separate, higher rate for covers, and so the cover is treated here as a regular page. No additional hard copies were created for service or the file.

**Kelly + Partners dba KPI Technologies Inc.**
PO Box 1610
Media, PA  190638610 USA
+12155693600
ksalcedo@kdi-inc.com
www.kellyandpartners.com

Invoice



| BILL TO |
| --- |
| Stevens & Lee |
| 1500 Market Street - East Tower |
| 18th Floor |
| Philadelphia, PA  19102 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 127667 | 07/31/2024 | $0.00 | 08/30/2024 | Net 30 | |

| JOB NO. | FILE NAME | REQUESTED BY |
| --- | --- | --- |
| 07-24205 | 104408-00004 | Paige Hogan |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| | Blow backs - B/W | B/W Paper blow backs from computer | 2,660 | 0.10 | 266.00T |
| | Binding | Velo Binding | 19 | 4.50 | 85.50T |
| | Labor | Labor | 0.75 | 50.00 | 37.50T |

PAID

|  |  |
| --- | --- |
| SUBTOTAL | 389.00 |
| TAX | 31.12 |
| TOTAL | 420.12 |
| PAYMENT | 420.12 |
| BALANCE DUE | $0.00 |

Pay invoice

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a copy of the above document on appellee by the Court's electronic filing system and by electronic mail.

        /s/ Karl S. Myers
        Karl S. Myers

Date: October 16, 2025