# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## BILL OF COSTS

C.A. No. 24-1925

Caption: Andrew R. Perrong v. Matthew Bradford; Cleo Communications

| Cost Taxable | AMOUNT REQUESTED | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost |
| Appeal/Original Proceeding Fee | | | | | | | | |
| Brief | 7 | 64 | .10 | 4.00 | .00 | 5.82 | 78.62 | ok KSM |
| Reply Brief | 7 | 31 | .10 | 2.00 | .00 | .00 | 35.70 | ok KSM |
| Appendix Vol. 1 | 4 | 33 | .10 | 4.00 | .00 | 2.34 | 31.54 | ok KSM |
| Vol. 2 | 4 | 255 | .10 | 4.00 | .00 | 9.44 | 127.44 | ok KSM |
| Vol. 3 | 4 | 262 | .10 | 4.00 | .00 | 9.66 | 130.46 | ok KSM |
| TOTAL | | | | | | | $ 403.76 | $ 403.76 |

Brief Produced by Reproduction: ☐         Brief Produced by Photocopy: ☒
                                          In House:        ☒ (Reply)
                                          Commercial:     ☒ (Brief and Appx.; receipt attached)

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Karl S. Myers, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

_____                                       10/16/25
Signature                                                        Date
Attorney for: Appellant, Matthew Bradford

**A certificate of service must accompany this form.**