UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1925
_____

ANDREW R. PERRONG

v.

MATTHEW BRADFORD;
CLEO COMMUNICATIONS

Matthew Bradford,
　　　　　　　Appellant

_____

(D.C. Civ. No. 2:23-cv-00510)
_____

SUR PETITION FOR REHEARING
_____

Present: CHAGARES, Chief Judge, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, MASCOTT, and SCIRICA*, Circuit Judges

　　　The petition for rehearing filed by Appellee in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the

_____
*As to panel rehearing only.

circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

                                      BY THE COURT,

                                      s/Anthony J. Scirica
                                      Circuit Judge

Dated: December 31, 2025
DWB/arr/cc: All Counsel of Record